UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| AP 6 LLC,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF INDIAN ROCKS BEACH,<br><br>  Defendant. | CIVIL ACTION NO. |

**DEFENDANT'S NOTICE OF REMOVAL**

Defendant, City of Indian Rocks Beach, a municipality of the State of Florida ("Defendant City"), by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, and Rule 81(c) of the Federal Rules of Civil Procedure, removes this action filed in the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, Case No. 23-007871-CI, with full reservation of rights, exceptions, and defenses, and in support thereof states:

### I.   BACKGROUND

1.   On or about August 1, 2023, Plaintiff, AP 6 LLC ("AP 6") commenced this action in the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida, entitled *AP 6 LLC v. City of Indian Rocks Beach*, by filing a Complaint against the City of Indian Rocks Beach (the "Complaint"), which was designated Case No. 23-007871-CI ("State Court Action"). The Summons and

#4861-5455-3722v.1

Complaint were served on Defendant City on August 3, 2023. *See* attached **Exhibit 1** (served Summons).

2. In the Complaint, AP 6 seeks declaratory relief in five (5) separate counts.

3. AP 6's Complaint is removable based on federal question jurisdiction, in that two of its claims seek relief for alleged violations of:

    a. "Article I, § 4 of the Florida Constitution and/or Amendment I of the U.S. Constitution." (Compl., Count II at 14.)

    b. "Article I, § 2 of the Florida Constitution and/or Amendment XIV of the U.S. Constitution[.]" (Compl., Count III at 16.)

4. Defendant City attaches hereto and makes a part of this notice a copy of the process, pleadings, and other papers filed in the Sixth Judicial Circuit of the State of Florida in and for Pinellas County, together with a docket sheet from the Clerk of the Court. *See* attached **Exhibits 2-6**.

5. Defendant City reserves the right to raise all defenses and objections in this action after it is removed to this Court.

## II.     PROCEDURAL REQUIREMENTS

6. On August 3, 2023, Defendant was served with a Summons and the Complaint by process server.

7. This Notice of Removal is timely filed, pursuant to 28 U.S.C. § 1446(b),

within thirty (30) days from the date on which the Summons was served on Defendant.[1]

8. Venue exists in the United States District Court for the Middle District of Florida because the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida, where the State Court Action was filed, is embraced by this judicial district and division. The case is therefore properly removed to this Court under 28 U.S.C. § 1441(a).

9. Defendant City filed a Motion for Enlargement of Time in the State Court Action and no further proceedings have been had in said court. No previous application has been made for the relief requested herein.

### III. BASIS FOR REMOVAL

10. This civil action falls under the Court's original jurisdiction as per 28 U.S.C. § 1331 (federal question) because two of the claims seek relief for alleged violations of the U.S. Constitution.

WHEREFORE, Defendant City respectfully submits this Notice of Removal to remove this action from the Circuit Court of the Sixth Judicial Circuit Court in and for Pinellas County, Florida to the United States District Court, Middle District

---

[1] Day 30 fell on Saturday, September 2, 2023. The removal period is extended to the next day that is not a Saturday, Sunday, or legal holiday under Federal Rule of Civil Procedure 6(a). *See Johnson v. Harper*, 66 F.R.D. 103, 104-05 (E.D. Tenn. 1975) (citing Rule 6(a) in holding removal deadline was extended thereunder when thirtieth day fell on a Saturday).

of Florida, Tampa Division.

Respectfully submitted,

/s/ *Carlos A. Kelly*
Carlos A. Kelly, Esquire
Florida Bar No. 121274
Henderson, Franklin, Starnes & Holt, P.A.
1715 Monroe Street
Fort Myers, FL 33901
Telephone: (239) 344-1100
Facsimile: (239) 344-1200
carlos.kelly@henlaw.com
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of September, 2023, a true and correct copy of the foregoing was caused to be electronically filed, and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or my mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Carlos A. Kelly*
Carlos A. Kelly, Esquire
Florida Bar No. 121274