UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AP 6, LLC,

    Plaintiff,

v.                                        Case No. 8:23-cv-1986-SDM-CPT

City of Indian Rocks Beach,

    Defendant.
_____/

IRB Connect LLC, et al.,

    Plaintiffs,

v.                                        Case No. 8:23-cv-2030-SDM-CPT

City of Indian Rocks Beach,

    Defendants.
_____/

715 Gulf, LLC,

    Plaintiff,

v.                                        Case No. 8:23-cv-2087-SDM-UAM

City of Indian Rocks Beach,

    Defendant.
_____/

Todd A. Shearer, et al.,

    Plaintiffs,

v.                                        Case No. 8:23-cv-2089-SDM-JSS

City of Indian Rocks Beach,

    Defendants.
_____/

Florida Dreamscape Vacation
Rentals LLC,

    Plaintiff,

v.                                                          Case No. 8:23-cv-2131-SDM-TGW

City of Indian Rocks Beach,

    Defendant.
_____/

Harbor Vista Ventures LLC,

    Plaintiff,

v.                                                          Case No. 8:23-cv-2137-SDM-JSS

City of Indian Rocks Beach,

    Defendant.
_____/

Peak Ventures LLC,

    Plaintiff,

v.                                                          Case No. 8:23-cv-2223-SDM-AEP

City of Indian Rocks Beach,

    Defendant.
_____/

## CONSOLIDATED MEDIATION REPORT

In accordance with the mediation order, the mediation occurred on January 9, 2024, and the results of that conference are indicated below.

2

(a)     The following individuals, parties, corporate representatives, and claims professionals attended and participated in the mediation, each possessed the requisite settlement authority:

1. All individual parties and their respective trial counsel.

2. Designated corporate representatives.

3. Required claims professionals.

(b)     No individuals, parties, corporate representatives, or claims professionals failed to appear or participate.

(c)     The result of the mediation is that the action settled in accordance with the terms set forth in the motions to stay filed in each action.

Reported on January 12, 2024 in Tampa, Florida.

Respectfully submitted,

*/s/ Joseph H. Varner, III*
Signature of Mediator

Joseph H. Varner, III
Florida Bar 394904
HOLLAND & KNIGHT LLP
100 N. Tampa Street, Suite 4100
Tampa, FL 33602
Telephone: (813) 227-6703
joe.varner@hklaw.com
Secondary: gloria.mcknight@hklaw.com